In the Matter of Douglas B. Bower, Respondent, v Board of Education, Cazenovia Central School District, et al., Appellants.

Submitted September 8, 2008; decided November 20, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

Golden Gate Yacht Club, Appellant, v Société Nautique de Genève, Respondent, and Club Náutico Español de Vela, Intervenor-Defendant.

Submitted October 17, 2008; decided November 20, 2008

Motion by Reale Yacht Club Canottieri Savoia et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of the brief must be served and an original and 24 copies filed within seven days.

Kerusa Co. LLC, Respondent, v W10Z/515 Real Estate Limited Partnership et al., Appellants.

Submitted November 3, 2008; decided November 20, 2008

Motion by the Real Estate Board of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.